IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HECHTMAN,<br>WENDY HECHTMAN,<br>ABBY ROWELL, and<br>COLTER KEFFER,<br><br>Defendants. | 8:17CR336<br><br>INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury Charges:

## COUNT I

Beginning on or about March, 2017, and continuing to on or about October 30, 2017, in the District of Nebraska and elsewhere, the defendants, KENNETH HECHTMAN and WENDY HECHTMAN, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to manufacture 10 grams or more of a mixture or substance containing a detectable amount of an analogue of fentanyl, that is carfentanil, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

Beginning on or about March, 2017, and continuing to on or about October 30, 2017, in the District of Nebraska and elsewhere, the defendants, KENNETH HECHTMAN, WENDY HECHTMAN, ABBY ROWELL, and COLTER KEFFER, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute a mixture or substance containing a detectable

amount of an analogue of fentanyl, that is carfentanil, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT III

On or about October 30, 2017, in the District of Nebraska, KENNETH HECHTMAN and WENDY HECHTMAN, defendants herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of an analogue of fentanyl, that is carfentanil, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney