# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KENNETH HECHTMAN,<br><br>                Defendant. | **8:17CR336**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Glenn A. Shapiro to withdraw as counsel for the defendant, Kenneth Hechtman (Filing No. 82). Stuart J. Dornan has filed an entry of appearance as retained counsel for Kenneth Hechtman. Glenn A. Shapiro's motion to withdraw (Filing No. 82) is granted.

Glenn A. Shapiro shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Shapiro which are material to Kenneth Hechtman's defense.

The clerk shall provide a copy of this order to Stuart J. Dornan.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge